UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA      )
                              )
                              )
                              )      No. 3:06-CR-162
V.                            )      (JORDAN/SHIRLEY)
                              )
                              )
                              )
WINDELL BRIAN STEPHENS        )
                              )

ORDER OF AUTHORIZATION FOR DISTRIBUTION
OF AVAILABLE PRIVATE FUNDS

WHEREAS, counsel was appointed as counsel for the above

defendant, on the 5th day of December 4, 2006; and

WHEREAS, the court finds that funds are available from or on behalf of the

above named defendant for payment of compensation and expenses of court-appointed

counsel and for other services necessary for adequate representation, and that the above

defendant is therefore financially able to make partial payment for representation, and for

other services necessary for adequate representation; and whereas the defendant agrees to pay

the sum of **$2,000.00**.

IT IS THEREFORE authorized that pursuant to 18 U.S.C. § 3006A(f) such

funds in the amount of **$2,000.00** be paid by said defendant by **February 1, 2007**, with a

check made payable to the Clerk, United States District Court, and mailed to Clerk, United

States District Court, 800 Market Street, Suite 120, Knoxville, Tennessee, 37902.

AGREED TO:

_____      **December 4, 2006**_____
WINDELL BRIAN STEPHENS                   DATE

**ENTER:**

___ s/ C. Clifford Shirley, Jr. ___
United States Magistrate Judge