IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-162 |
| | ) | |
| WINDELL BRIAN STEPHENS | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion to continue the trial [doc. 24]. The defendant says that additional time is needed to resolve the issues in this case and prepare the case for a final resolution. The government has no objection to a continuance.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant the reasonable time necessary to resolve issues and prepare a final resolution of the case. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to July 23, 2007, at 1:00 p.m.

ENTER:

    *s/ Leon Jordan*
United States District Judge